United States District Court
Southern District of Texas
**ENTERED**
October 10, 2023
Nathan Ochsner, Clerk

FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT, an individual, | ) ) ) |
| Plaintiff, | ) Case No.: 4:22-cv-398 ) ) |
| v. | ) ) |
| PAKISTAN ASSOCIATION OF GREATER HOUSTON, INC., a Texas Corporation, | ) ) ) ) |
| Defendant. | ) ) ) |

**FINAL JUDGMENT**

THIS CAUSE having come before the Court pursuant to its May 9, 2023 Order Granting Plaintiff's, Motion for Summary Judgment, and the Court having entered this Order (ECF No. 22), and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that FINAL JUDGMENT as to Complaint (ECF No. 1), is hereby entered against Defendant, PAKISTAN ASSOCIATION OF GREATER HOUSTON, INC., and in favor of the Plaintiff, LAWRENCE SCOTT.

It is FURTHER ORDERED AND ADJUDGED that:

1. Defendant is ORDERED to install a new lengthened concrete curb ramp in front of Cell Shop to ensure the maximum running slope is 8.3% per ADAAG 405.2 and 406.1.

2. Defendant is ORDERED to install a new lengthened concrete curb ramp in front of Pastores Tomas Y Olga Ramirez to ensure the maximum running slope is 8.3% per ADAAG 405.2 and 406.1.

3. Defendant is ORDERED to install a new lengthened concrete curb ramp Mercy Family Clinic to ensure the maximum running slope is 8.3% per ADAAG 405.2 and 406.1.

4. Pursuant to 42 U.S.C. § 12205, Defendant is further ORDERED to pay Plaintiff's attorneys' fees in the amount of $20,000.00 and costs in the amount of $1,998.35 (ECF No. 27).

IT IS SO ORDERED.

SIGNED at Houston, Texas on this the 10th of October, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE